IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SCOTT MYERS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 17-00499-KD-B |
| | : | |
| U.S. MARSHAL SERVICE, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 21, 2017 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's request for injunctive relief is **DENIED** as **MOOT**.

DONE and **ORDERED** this the **3rd** day of **January 2018.**

                                         /s/ Kristi K. DuBose
                                       **KRISTI K. DuBOSE**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**