IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT MYERS, 12244-030, <br>    Plaintiff, | : <br> : <br> : |
| v. | : <br> :   CIVIL ACTION 1:17-00499-KD-B |
| U.S. MARSHAL SERVICE, *et al.,* <br>    Defendants. | : <br> : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated August 29, 2018 is **ADOPTED** as the opinion of this Court. It is hereby **ORDERED** that this action is **DISMISSED** without prejudice.[1]

**DONE** and **ORDERED** this the **25th** day of **September 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The Report and Recommendation was returned to the Court as undeliverable to Myer's address of record. The Court's review of the inmate tracking database indicates that Myers was released on July 6, 2018. Since his release, Myers failed to update the Court with his current address as he is required to do. The Court is thus unable to locate Myers at present. According to S.D.ALA. General L.R. 83.5: "[A]ny person proceeding *pro se* must, at all times….keep the Clerk informed of his…current address…A *pro se* party must promptly notify the Clerk of any change of address…Failure to comply…may result in sanction, including dismissal of a *pro se* plaintiff's action or entry of judgment against a pro se defendant."